## THIRD DEPARTMENT, AUGUST, 1968

### (August 8, 1968)

ALBANY· DISCOUNT CORPORATION, Appellant, v. MOHAWK NATIONAL BANK OF SCHENECTADY, Respondent.— GABRIELLI, J.   Motion for reargument granted, memorandum decision dated May 27, 1968 (30 A D 2d 623) recalled and, upon reargument, order of the Supreme Court at Special Term (54 Misc 2d 238 CRANGLE, J.) entered September 21, 1967 in Albany County, affirmed, without costs.   The lucid opinion at Special Term correctly determined the basic questions of law arising upon the factual contentions advanced by defendant (54 Misc 2d 238; see, also, Matter of Vinarsky, 287 F. Supp. 446; U. S. Dist. Ct., N. D. N. Y., Mar. 29, 1968, FOLEY, J.; contra, Recchio v. Manufacturers & Traders Trust Co., 55 Misc 2d 788); but we modified the Special Term order, holding that " In view of the existence of factual questions, summary judgment should not have been granted to respondent" (30 A D 2d 623).   These factual questions have now been resolved pursuant to stipulation of the parties dated June 14, 1968.   Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

### (August 13, 1968)

In the Matter of JOHN WRIGHT, Petitioner, v. SHELDON F. WICKES, as County Judge of the County of Essex, et al., Respondents.— Application pursuant to CPLR, article 78, to prohibit respondents from proceeding to try petitioner on charges contained in indictment No. 30/66.   There is no showing that respondents are " about to proceed without or in excess of jurisdiction".   (CPLR 7803, subd. 2.)   Application denied and petition dismissed, without costs.   Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

## FIRST DEPARTMENT, SEPTEMBER 1968

### (September 12, 1968)

In the Matter of NATHAN STRAUS, Appellant-Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and JACOB H. GILBERT, Respondent-Appellant.— Judgment unanimously affirmed, without costs and without disbursements.   No opinion.   Concur— Botein, P. J., Stevens, Eager, Tilzer and Capozzoli, JJ.

ELAINE SCHEMPP v. CITY OF NEW YORK.— Motion for leave to appeal to Court of Appeals denied on the ground that the order from which appeal is sought is a final order and, since there was a dissent, the appeal may be taken as of right.   (See Matter of Talmage, 160 N. Y. 512.)   Concur— Botein, P. J., Stevens, Eager, McGivern and McNally, JJ.

### (September 17, 1968)

THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD MARCO.— Motion to relieve counsel denied without prejudice to renew the motion at a later date on proper papers which comply with the requirements of Anders v. California (386 U. S. 738) and United States v. Camodeo (367 F. 2d 146).   Concur— Stevens, J. P., Eager, Capozzoli, McGivern and Rabin, JJ.